THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RITA CRAWFORD, Appellant. [28 NYS3d 604]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered June 11, 2013, convicting defendant, upon her plea of guilty, of attempted robbery in the second degree, and sentencing her, as a second felony offender, to a term of three years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.